No. 77–1014. SURVEY ENGINEERS, INC. v. ZOLINE FOUNDATION ET AL. Sup. Ct. Colo. Certiorari denied.

No. 77–1021. URDIALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–1023. PACEE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5419. TWYMAN v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–5477. MOORE v. HOGAN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 77–5494. ATKINS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5503. HARRIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5515. HAMPTON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5519. DODSON v. MISSOURI. Ct. App. Mo., St. Louis Dist. Certiorari denied.

No. 77–5524. PROVO v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 77–5554. SMITH v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 77–5557. EDWARDS v. LANG ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–5580. KEATING v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 77–5587. DEL VALLE-ROJAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.